UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH E. EDHOLM,<br><br>  Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, a foreign corporation,<br><br>  Defendants. | CASE NO. 2:17-cv-00040-MJP<br><br>**STIPULATION TO EXTEND TIME TO EXCHANGE EXPERT WITNESS DISCLOSURES** |

WHEREAS, this Court has ordered the parties in this litigation to exchange expert witness disclosures on October 2, 2017;

WHEREAS, the parties have agreed to participate in mediation on September 29, 2017;

WHEREAS, the parties are both hopeful that the case may settle on September 29, 2017 and the parties would like to avoid additional expert expenses should the case resolve;

Case No. 2:17-cv-00040-MJP
Stipulation to Extend Time to Exchange Expert Witness Disclosures
page 1

4813-5028-9999.1

Ropers Majeski Kohn & Bentley
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
PH: 650-364-8200
FAX: 650-780-1701

1 | **WHEREAS**, the parties agree that as no prior extensions have been sought in this case, the parties would mutually benefit from a short extension of time to exchange expert witness disclosures;

It is hereby stipulated by and between Plaintiff KEITH EDHOLM and STANDARD INSURANCE COMPANY, through their respective attorneys of record, that the parties jointly ask the Court to extend the deadline for exchanging expert witness disclosures to October 9, 2017.

**IT IS SO STIPULATED.**

Dated: September 13, 2017                NELSON LANGER ENGLE PLLC

By: /s/ *Aaron I. Engle*
    Aaron I. Engle
    Attorneys for Plaintiff, KEITH EDHOLM

Dated: September 13, 2017                ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Stacy Monahan Tucker*
    STACY M. TUCKER
    Attorneys for Defendant, STANDARD
    INSURANCE COMPANY OF BOSTON

**IT IS SO ORDERED.**

Dated: 9/18/17 , 2017        By: _____
                                 United States District Court Judge

Case No. 2:17-cv-00040-MJP
Stipulation to Extend Time to Exchange Expert Witness
Disclosures
page 2

4813-5028-9999.1

Ropers Majeski Kohn & Bentley
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
PH: 650-364-8200
FAX: 650-780-1701